Andrew Lucas

24 Iron Ore Rd

Manalapan NJ 07726

May 16, 2019

Clerk, US District Court

PO Box 2797

Camden NJ 08101

Dear Clerk,

I am currently the plaintiff in case 1:18-cv-02791-NLH-AMD. Please update my address to:

        Andrew Lucas

        24 Iron Ore Rd

        Manalapan NJ 07726

Thank you,

*[signature]*

Andrew Lucas

RECEIVED MAY 20 2019 AT 8:30 WILLIAM T. WALSH, CLERK

